■ ALICE P. WALSH et al., Respondents, v STATE OF NEW YORK, Appellant. (Claim No. 65538.)— Appeal from a judgment in favor of claimants, entered July 5, 1988, upon a decision of the Court of Claims (Benza, J.).

Judgment affirmed, with costs, upon the opinion of Judge Louis C. Benza. Casey, J. P., Weiss, Levine, Mercure and Harvey, JJ., concur.